JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARIE SHANKS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; and AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL,,<br><br>Defendants. | Case No. 2:19-cv-01456-APG-EJY<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 12, 2019, through and including **December 13, 2019**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 11th day of November 2019.

| | |
|---|---|
| CLARK HILL PLLC | *Services LLC* |
| By: /s/ Jeremy J. Thompson | ***No opposition*** |
| Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com | /s/ Francis Arenas_____<br>Francis Arenas, Esq.<br>7500 W. Lake Mead Blvd., Ste. 286<br>Las Vegas NV 89128<br>Tel: (702) 326-5725<br>Email: faarenas@aol.com<br>Attorneys for Plaintiff Larie Shanks |
| *Attorney for Defendant Equifax Information* | |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: November 12, 2019