## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARIE SHANKS,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01456-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

On April 1, 2020, the parties advised the court that a settlement had been reached between the plaintiff and defendant AmeriCredit Financial Services, Inc. ECF No. 13. To date, no stipulation of dismissal has been filed.

I THEREFORE ORDER that by July 17, 2020, the settling parties shall file either a stipulation of dismissal or a status report. The failure to do so may result in dismissal of this case or other sanctions.

DATED this 2nd day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE