1

2

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

4

5

Larie Shanks,

6

Plaintiff,                          Case No.: 2:19-cv-01456-APG-EJY

7

vs.

8

Equifax Information Services, LLC, et al

9

10

Defendants.

11

12

13

**ORDER OF DISMISSAL**
**WITH PREJUDICE AS TO DEFENDANT AMERICREDIT FINANCIAL**
**SERVICES, INC. D/B/A GM FINANCIAL**

14

15

The Court, having reviewed the parties' stipulation, and finding good cause

16

shown;

17

18

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant

19

AmeriCredit Financial Services, Inc. d/b/a GM Financial, only, are hereby dismissed

20

with prejudice and without fees or costs to either party.  The Clerk of the Court shall

21

22

terminate Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial as a

23

party in this action and remove its attorneys of record from receiving ECF

24

Notifications.

25

26

Date: 7/17/2020
_____            _____

27

United States District Judge

28

3